UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-MJ-02044 SIMONTON

UNITED STATES OF AMERICA

vs.

JOEL ANTONIO ORTIZ LOPEZ,

    Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  _____ Yes  __x__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  _____ Yes  __x__ No

    Respectfully submitted,

    WIFREDO A. FERRER
    UNITED STATES ATTORNEY

BY: _____
    JONATHAN D. STRATTON
    ASSISTANT UNITED STATES ATTORNEY
    Florida Bar No. 93075
    99 N. E. 4th Street
    Miami, Florida  33132-2111
    TEL (305) 961-9151
    FAX (305) 530-7976
    Jonathan.Stratton@usdoj.gov

# United States District Court

_____SOUTHERN_____ DISTRICT OF _____FLORIDA_____

UNITED STATES OF AMERICA

V.

JOEL ANTONIO ORTIZ LOPEZ

CRIMINAL COMPLAINT

CASE NUMBER: 16-MJ-02044 SIMONTON

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about January 11, 2016, at Miami International Airport, in Miami-Dade County, in the Southern District of Florida, the defendant, JOEL ANTONIO ORTIZ LOPEZ, did knowingly possess and use and attempt to use a United States visa, knowing it to have been procured by means of a false claim and statement, and to have been otherwise procured by fraud and unlawfully obtained, in violation of Title 18, United States Code, Section 1546(a).

I further state that I am an Enforcement Officer with U.S. Customs and Border Protection ("CBP"), and that this complaint is based on the following facts:

On or about January 11, 2016, the defendant, JOEL ANTONIO ORTIZ LOPEZ, arrived at Miami International Airport aboard Avianca Airlines Flight #9536 from San Pedro Sula, Honduras. The defendant presented a Honduran passport and a U.S. visa to CBP for examination and entry into the United States. The defendant was referred to secondary inspection for admissibility verification. During the secondary examination, CBP Officers discovered that the Honduran passport and U.S. visa submitted by JOEL ANOTNIO ORTIZ LOPEZ were genuine. However, the U.S. visa had been obtained with fraudulent statements made by the defendant. The application for a non-immigrant visa asks, "Have you ever been unlawfully present, overstayed the amount of time granted by an immigration official or otherwise violated the terms of a U.S. visa?" The defendant answered, "No." A records check revealed that JOEL ANTONIO ORTIZ LOPEZ was previously admitted into the United States on September 30, 2000, for a period of six months on a visitor's visa. However, the defendant did not depart the United States until December 29, 2011, overstaying his allowed period of admission. The defendant admitted to CBP officers that he lied on his visa application because he wanted to avoid having his visa application denied.

NARCISO FERNANDEZ, ENFORCEMENT OFFICER
U.S. CUSTOMS AND BORDER PROTECTION

Sworn to before me, and subscribed in my presence,

__JANUARY 12, 2016_____ at __Miami, Florida_____
Date                                      City and State

ANDREA M. SIMONTON
__UNITED STATES MAGISTRATE JUDGE__
Name and Title of Judicial Officer

Signature of Judicial Officer